# ISLER DARE RAY RADCLIFFE & CONNOLLY, P.C.
## ATTORNEYS AT LAW

STEVEN W. RAY Admitted VA DC MD CA

EDWARD LEE ISLER Admitted VA DC

R. MARK DARE Admitted VA DC

MICHELLE B. RADCLIFFE Admitted VA DC MD

THERESA M. CONNOLLY Admitted VA DC MD NY

LORI H. TURNER Admitted VA DC

SARAH M. HALEY Admitted VA

1919 GALLOWS ROAD
SUITE 320
TYSONS CORNER
VIENNA, VIRGINIA 22182

www.islerdare.com

March 28, 2008



FILED
MAY - 7 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

(703) 748-2690
(703) 748-2695

E-Mail
sray@islerdare.com
eisler@islerdare.com
mdare@islerdare.com
mradcliffe@islerdare.com
tconnolly@islerdare.com
lturner@islerdare.com
shaley@islerdare.com

*Via Hand Delivery*
Honorable Claude M. Hilton
United States District Court
Eastern District of Virginia
Alexandria Division
Judge's Chambers
401 Courthouse Square
Alexandria, Virginia  22314-5799

    Re:    *Frazier v. Aerojet Corporation*
           Civil Action No. 1:07cv513

Dear Judge Hilton:

      The purpose of this letter is to explain why I did not attend the Final Pretrial Conference in this case on March 20, as I do not want my failure to appear to be seen as demonstrating a lack of respect for the Court and its procedures.

      Toward the end of the discovery period, the Plaintiff's attorney died suddenly and unexpectedly of a heart attack. I had previously noticed the deposition of the Plaintiff, but I withdrew the notice so that the Plaintiff, Mr. Frazier, could obtain new counsel, which he advised me he was attempting to do.

      Because of the approaching discovery cutoff, however, I filed a motion asking that the period be extended. In open court on Friday, March 14, Judge Poretz granted the motion and stated that a "new scheduling order will be issued" the following week, and that it would postpone all deadlines in the case, probably for approximately three months.

      Because Judge Poretz stated explicitly that "a new scheduling order will be issued," Mr. Frazier and I believed that the Final Pretrial Conference date set in the "old" scheduling order no longer applied, and that the Final Pretrial Conference would therefore not go forward on March 20. I therefore was very surprised when I received electronic notification of a docket entry on March 20 indicating that the Final Pretrial Conference had indeed occurred on that day.

## ISLER DARE RAY RADCLIFFE & CONNOLLY, P.C.
### ATTORNEYS AT LAW

Honorable Claude M. Hilton
March 28, 2008
Page 2 of 2

Thank you for giving me the opportunity to clarify this.

Respectfully,

R. Mark Dare

cc: David Frazier